# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |  |
|---|---|---|
| | Case No. | |
| CLIFFORD JOHN FANTEL JR | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |
| **-v-** | ) | |
| | ) | |
| TOWN OF SOUTH KINGSTOWN, SOUTH KINGSTOWN POLICE, Washington County Courthouse, State of Rhode Island, Gateway Healthcare, Lifespan, Jeremy Handley, Clifford J Fantel Sr., Donna Fantel | ) ) ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | CLIFFORD JOHN FANTEL JR |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | washingtoncountycourtmail@gmail.com |

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TOWN OF SOUTH KINGSTOWN |
| Job or Title *(if known)* | Tax id EIN: 05600519 |
| Street Address | 180 High Street |
| City and County | Wakefield and Washington County |
| State and Zip Code | Rhode Island and 02879 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | SOUTH KINGSTOWN POLICE DEPARTMENT |
| Job or Title *(if known)* | 1790 Kingstown Road |
| Street Address | 3750 |
| City and County | South Kingstown and Washington County |
| State and Zip Code | Rhode Island and 02879 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Washington County Courthouse |
| Job or Title *(if known)* | |
| Street Address | 4800 Tower Hill Road |
| City and County | South Kingstown and Washington County |
| State and Zip Code | RI and 02879 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Gateway Healthcare |
| Job or Title *(if known)* | |

| | |
|---|---|
| Street Address | 4705 Old Post Road |
| City and County | Charlestown and Washington County |
| State and Zip Code | Rhode Island and 02879 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ✓  Federal question       ☐  Diversity of citizenship
☐

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First, Fourth, Fifth, Fourteenth amendments, article 1 section 10 clause 1, privilege and immunities clause

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

a.  If the plaintiff is an individual

The plaintiff, *(name)*       , is a citizen of the State of *(name)*       .

b.  If the plaintiff is a corporation

The plaintiff, *(name)*       , is incorporated under the laws of the State of *(name)*       , and has its principal place of business in the State of *(name)*

      .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.  If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy☐the amount the plaintiff claims the defendant owes or the amount at stake☐is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Earth

B. What date and approximate time did the events giving rise to your claim(s) occur?

Approximately July 9, 2019 and August 2020 - current

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Years lost, first amendment violations, false imprisonment, stolen property just to state a few

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any

punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Temporary restraining orders against:
    2. Town of South Kingstown
    3. South Kingstown police department
    2. All law enforcement
    3. Washington County Courthouse
    4. Gateway Healthcare
    5. Lifespan and affiliates
    6. Jeremy Handley
    7. Clifford Fantel Sr
    8. Donna Fantel

9. Injunction on cases, w2-2020-0201a, w2-2020-01331 and
10. $10,000,000,000.00 paid by the Town of South Kingstown and state of Rhode Island

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          2/24/2024

Signature of Plaintiff          /s

Printed Name of Plaintiff          CLIFFORD JOHN FANTEL JR

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

| | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |