## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Clifford John Fantel, Jr.
Plaintiff,

v.                                          Case No.: 1:24−cv−00081−WES−PAS

Town of South Kingstown, et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

February 27, 2024                    By the Court:

                                     /s/ Lincoln D. Almond
                                     United States Magistrate Judge